

**IT IS ORDERED as set forth below:**

**Date: December 16, 2019**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                          )        CHAPTER 13
                                                )
JUNIOR EUSTACE BENJAMIN             )        CASE NO. 18-52475-PMB
                                                )
        DEBTOR.                          )

**ORDER GRANTING DEBTOR'S**
**MOTION FOR EMERGENCY HEARING AND NOTICE OF HEARING**

Debtor JUNIOR EUSTACE BENJAMIN filed a _Motion to Incur Debt_ (the "Motion")
(Docket No. 41) and a _Motion for Expedited Hearing on Motion to Incur Debt_ (the "Emergency
Motion") (Docket No. 42) on December 13, 2019. After review of the matters, it is hereby

ORDERED that the Emergency Motion is GRANTED, and a hearing will be held
regarding the Motion on the **19th day of December, 2019**, commencing at **10:00 A.M.** in
Courtroom 1202, at the Richard B. Russell Federal Building and United States Courthouse, 75
Ted Turner Drive, S.W., Atlanta, Georgia 30303. It is further

ORDERED that Debtor's Counsel shall serve a copy of this Order and Notice of Hearing
by the method or methods (phone call, electronic mail, fax, courier, etc.) that will

provide expeditious notice and service to the the Chapter 13 Trustee. Debtor's Counsel shall serve a copy of this Order and Notice of Hearing by mail on all other creditors listed on the mailing matrix in this case. Debtor's Counsel is further directed to file a certificate of service setting forth the manner and method of all such service prior to the hearing.

Your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss the Motion with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the pleading or if you want the Court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

**[END OF DOCUMENT]**

Prepared and submitted by:

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
3350 Riverwood Parkway
Suite 2100
Atlanta, GA 30339
eisenlawfirm@gmail.com
 (404) 997-3732