**IT IS ORDERED as set forth below:**



**Date: December 30, 2019**

_Paul Baisier_
_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JUNIOR EUSTACE BENJAMIN | ) | CASE NO. 18-52475-PMB |
| | ) | |
| DEBTORS. | ) | |

## ORDER GRANTING MOTION TO INCUR DEBT

On December 10, 2019, the Debtor filed a Motion to Incur Debt (Doc. No. 41) (the "Motion"). An expedited hearing was held on this matter on December 19, 2019. In the Motion, the Debtor sought permission from the Court to allow him to incur new debt to finance the purchase of real property located at 272 Heathrow Drive, Hiram, GA 30141. At the hearing, Debtor's Counsel and Counsel for the Chapter 13 Trustee reached an agreement and there was no opposition by any other party to the Motion. Therefore, for good cause shown, it is hereby

**ORDERED** that the Motion is *granted*. The Debtor may incur new debt by financing the purchase of real property located at 272 Heathrow Drive, Hiram, GA 30141 with total mortgage debt in the amount of mortgage debt in the amount of $326,880.00 for a term of thirty (30) years with the loan to be repaid in the monthly amount of $1584.22 in principal and interest and

$390.13 in estimated escrow for taxes and $133.34 in estimated escrow for insurance for an estimated total monthly payment of $1974.35. It is

FURTHER ORDERED that the Chapter 13 Trustee shall be provided a copy of the closing documents, including the closing statement, within thirty (30) days of closing.

**[END OF DOCUMENT]**

## DISTRIBUTION LIST

**Junior Eustace Benjamin**
3360 Hannah Court
Powder Springs, GA 30127

**Howard P. Slomka**
**Slipakoff & Slomka, PC**
3350 Riverwood Parkway
Suite 2100
Atlanta, GA 30339

**Melissa J. Davey**
**Chapter 13 Trustee**
260 Peachtree St.
Suite 200
Atlanta, GA 30303

**United States Trustee**
362 Richard Russell Federal Building
75 Spring Street, NE
Atlanta, Georgia 30303

(See attached matrix for additional creditors)

Prepared and submitted by:

\_\_\_\_\_/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
3350 Riverwood Parkway
Suite 2100
Atlanta, GA 30339
se@myatllaw.com
(404) 800-4001


No Opposition:

\_\_\_\_\_/s/ *Signed with express permission*
Kelsey A. Makeever, Esq.
Staff Attorney
Melissa J. Davey, Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444
kmakeever@13trusteeatlanta.com

```
Label Matrix for local noticing          (p)BANK OF AMERICA                        Bank of America, N.A.
113E-1                                   PO BOX 982238                             P O Box 982284
Case 18-52475-pmb                        EL PASO TX 79998-2238                     El Paso, TX 79998-2284
Northern District of Georgia
Atlanta
Tue Dec 24 11:12:32 EST 2019

Junior Eustace Benjamin                  Better Homes GA Properties                Chase - Cc
3360 Hannah Court                        110 Mansell Circle                        Chase Card Svcs/Attn:Bankruptcy Dept
Powder Springs, GA 30127-1385            Suite 312                                 Po Box 15298
                                         Roswell, GA 30075-3774                    Wilmington, DE 19850-5298


Chase Crad Services                      Citibank / Sears                          Columbia Gas
Po Box 15298                             Citicorp Credit Srvs/Centralized Bankrup  Po Box 2025
Wilmington, DE 19850-5298                Po Box 790040                             Attn: Bankruptcy
                                         Saint Louis, MO 63179-0040                Springfield, MA 01102-2025


Melissa J. Davey                         Shawn J. Eisenberg                        (p)GEORGIA DEPARTMENT OF REVENUE
Melissa J. Davey, Standing Ch 13 Trustee Slipakoff and Slomka, PC                  COMPLIANCE DIVISION
Suite 200                                Suite 2100                                ARCS BANKRUPTCY
260 Peachtree Street, NW                 3350 Riverwood Parkway                    1800 CENTURY BLVD NE SUITE 9100
Atlanta, GA 30303-1236                   Atlanta, GA 30339-3363                    ATLANTA GA 30345-3202


Internal Revenue Service                 MIDLAND FUNDING LLC                       PRA Receivables Management
PO Box 7346                              MIDLAND CREDIT MANAGEMENT, INC. as agent  PO Box 12907
Philadelphia, PA 19101-7346              for MIDLAND FUNDING LLC                   Norfolk, VA 23541-0907
                                         PO Box 2011
                                         Warren, MI 48090-2011


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC                        Quantum3 Group LLC as agent for
PO BOX 41067                             agent for Sadino Funding LLC              Wollemi Acquisitions LLC
NORFOLK VA 23541-1067                    P.O.Box 788                               PO Box 788,
                                         Kirkland, WA 98083-0788                   Kirkland, WA 98083-0788


Howard P. Slomka                         U. S. Attorney                            Usaa Savings Bank
Slipakoff & Slomka, PC                   600 Richard B. Russell Bldg.              Po Box 47504
Suite 2100                               75 Ted Turner Drive, SW                   San Antonio, TX 78265
3350 Riverwood Parkway                   Atlanta GA 30303-3315
Atlanta, GA 30339-3363


Vanessa Benjamin                         Verizon                                   Verizon
3309 Mapleleaf Way                       by American InfoSource LP as agent        by American InfoSource LP as agent
Powder Springs, GA 30127-7017            4515 N Santa Fe Ave                       PO Box 248838
                                         Oklahoma City, OK 73118-7901              Oklahoma City, OK  73124-8838
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                          Georgia Department of Revenue             Portfolio Recovery Associates, LLC
Po Box 982236                            Bankruptcy Division                       POB 41067
El Paso, TX 79998                        Post Office Box 161108                    Norfolk VA 23541
                                         Atlanta, GA 30321
```

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23