UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| JUNIOR EUSTACE BENJAMIN ) | |
| ) | CASE NO. 18-52475-PMB |
| DEBTOR. ) | |
| ) | |

**CHAPTER 13 TRUSTEE'S RESPONSE TO DEBTOR'S
APPLICATION FOR COMPENSATION**

Comes now Melissa J. Davey, Standing Chapter 13 Trustee, and files this *Chapter 13 Trustee's Response to Debtor's Application for Compensation*, and respectfully shows the Court the following:

1.

Debtor filed this case under Chapter 13 on February 13, 2018, and the Plan was confirmed on June 27, 2018. This Plan currently provides for payments in the amount of $1,600.00 per month, an applicable commitment period of sixty (60) months and a one hundred percent (100%) dividend to be paid to unsecured creditors.

2.

On March 9, 2020, Debtor filed an Application for Compensation (Doc. No. 48) ("Application"). The Application proposes for the Court to approve attorney fees and expenses requested of $900.00.

3.

The Trustee is unable to determine whether the requested fee is reasonable in light of the base fee in this case and the work done post-confirmation.

Wherefore, based on the foregoing, the Trustee respectfully requests that the Court deny the Debtor's Application for Compensation and for such other and further relief as the Court deems just and proper.

Dated: March 11, 2020.

/s/
Delaycee Rowland
GA Bar No. 773359
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| JUNIOR EUSTACE BENJAMIN ) | |
| ) | CASE NO. 18-52475-PMB |
| DEBTOR. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Chapter 13 Trustee's Response to Debtor's Application for Compensation* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Shawn J. Eisenberg    se@myatllaw.com,
myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com;eisenlawfirm@gmail.com
Howard P. Slomka    se@myatllaw.com,
myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com;eisenlawfirm@gmail.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid with adequate postage prepaid on the following parties set forth below at the address shown for each:

DEBTOR(S):

Junior Eustace Benjamin
3360 Hannah Court
Powder Springs, GA  30127

Dated: March 11, 2020.

/s/
Delaycee Rowland
GA Bar No. 773359
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mail@13trusteeatlanta.com